# MEMORANDUM DECISIONS.

BLACK et al. v. BLACK. (Circuit Court of Appeals, Third Circuit. March 11, 1898.) In Error to the Circuit Court of the United States for the Eastern District of Pennsylvania. Dismissed, pursuant to the sixteenth rule, by Mr. N. Dubois Miller, of counsel for defendant in error.

---

BRUNING v. BALTIMORE & O. S. W. R. CO. (Circuit Court of Appeals, Sixth Circuit. April 5, 1898.) No. 569. In Error to the Circuit Court of the United States for the Western Division of the Southern District of Ohio. Charles M. & Edgar W. Cist, for plaintiff in error. Harmon, Colston, Goldsmith & Hoadly, for defendant in error. Dismissed, per stipulation of parties.

---

CARPENTER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. February 14, 1898.) No. 896. In Error to the Circuit Court of the United States for the District of Utah. R. Harkness, George Sutherland, and Waldemar Van Cott filed brief for plaintiff in error. J. W. Judd, U. S. Atty., and W. L. Maginnis, Asst. U. S. Atty., filed brief for defendant in error. Before BREWER, Circuit Justice, SANBORN, Circuit Judge, and RINER, District Judge.

RINER, District Judge. The questions presented by the record in this case are the same as those considered in case No. 895, Moore v. U. S. (decided at this term) 85 Fed. 465. For the reasons there given, the judgment of the circuit court must be reversed, and the case remanded to that court, with instructions to dismiss the indictment.

---

CONLEY v. MARUM. (Circuit Court of Appeals, Second Circuit. March 10, 1898.) No. 97. Appeal from the Circuit Court of the United States for the Southern District of New York. Arthur v. Briesen, for appellant. Harry E. Knight, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Decree affirmed. See 83 Fed. 309.

---

GLAW v. PENNSYLVANIA R. CO. (Circuit Court of Appeals, Sixth Circuit. February 16, 1898.) No. 545. In Error to the Circuit Court of the United States for the Eastern Division of the Northern District of Ohio. Herman Prensser, for plaintiff in error. No opinion. Judgment affirmed.

---

MARSHALL FIELD & CO. v. UNITED STATES. (Circuit Court of Appeals, Seventh Circuit. June 10, 1896.) No. 331. Appeal from the Circuit Court of the United States for the Northern District of Illinois. N. W. Bliss, for appellant. John C. Black, U. S. Dist. Atty. Dismissed by consent, pursuant to the twentieth rule.

---

MARSHALL FIELD & CO. v. UNITED STATES. (Circuit Court of Appeals, Seventh Circuit. June 10, 1896.) No. 332. Appeal from the Circuit Court of the United States for the Northern District of Illinois. N. W. Bliss, for appellant. John C. Black, U. S. Dist. Atty. Dismissed by consent.